| In re: | ) | Chapter 11 | Fees previously requested: | None | Name of Applicant: | Margaret A. Gillespie (013231) |
| --- | --- | --- | --- | --- | --- | --- |
| | ) | | Fees previously awarded: | None | | |
| Products International Company | ) | No. 2:08-bk-01454-SSC | | | | Collins, May, Potenza, Baran & Gillespie, PC |
| | ) | | | | Role in this case: | Attorneys for Debtor, Products International Company |
| Debtors. | ) | | Expenses previously requested: | None | | |
| | ) | | Expenses previously awarded: | None | | |
| | ) | | | | Current application: | Fee Request: $56,803.50 |
| | | | | | | Expense Request: $2,438.32 |
| | | | | | | Courtesy Discount: ($16,803.50) |
| | | | | | | Total Requested: $ 40,000.00 |

## APPLICATION FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 TRUSTEE'S GENERAL COUNSEL'S FEES AND EXPENSES APRIL 7, 2008 THROUGH SEPTEMBER 2, 2008

| Professionals/ Paraprofessionals | Year Admitted to Practice | Hours | CMPBG Rate | Total For Application |
| --- | --- | --- | --- | --- |
| PARTNERS | | | | |
| Austin D. Potenza | 1982 | 12.90 hours | $325 | $4,192.50 |
| Margaret A. Gillespie | 1990 | 123.20 hours | $300 | $36,960.00 |
| Michael Reynolds | 1995 | 6.50 hours | $345 | $2,242.50 |
| Theodore P. Witthoft | 2001 | 48.90 hours | $265 | $12,958.50 |
| LAW CLERK | | | | |
| Alysse Medina | | 3.00 hours | $150.00 | $450.00 |
| Subtotal: | | | | $56,803.50 |
| Courtesy Discount: | | | | $16,803.50 |
| TOTAL: | | 194.50 | | $40,000.00 |

TOTAL BLENDED HOURLY RATE (Excluding paraprofessionals): $294.27     TOTAL FEES AND COSTS (Courtesy Discount): $42,438.32

| DESCRIPTION: | TOTAL HOURS BILLED | TOTAL AMOUNT FOR APPLICATION: |
| --- | --- | --- |
| Case Administration | 163.2 | $47,455.50 |
| Claims Administration and Objections | 2.5 | $750.00 |
| Fee/Employment Applications | 4.6 | $1380.00 |
| Stay Litigation 1 | 1.2 | $318.00 |
| Document Production | 4.9 | $1470.00 |
| Depositions | 13.4 | $4020.00 |
| Trial Hearing and Attendance | 4.7 | $1410.00 |
| TOTAL: | 194.50 | $56,803.50 |

Margaret A. Gillespie (State Bar Id No. 013231)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 North Central Avenue, Suite 2210
Phoenix, Arizona 85004-0022
Telephone (602) 252-1900
Facsimile (602) 252-1114
Email: mgillespie@cmpbglaw.com

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| PRODUCTS INTERNATIONAL COMPANY, | Case No. 2:08-bk-01454-SSC |
| Debtor. | **APPLICATION FOR ALLOWANCE AND PAYMENT OF DEBTOR'S ATTORNEYS' FEES AND EXPENSES** |

Pursuant to §§ 326 and 330 of the United States Bankruptcy Code, the Chapter 11 Debtor, Products International Company ("PIC" or "Debtor"), by and through its attorneys Collins, May, Potenza, Baran & Gillespie, P.C. (the "Firm"), hereby submits its application for the allowance of the Debtor's attorneys' fees and expenses incurred in connection with the above-captioned chapter 11 proceedings from April 7, 2008 to September 2, 2008. The Firm

has served as counsel for the Debtor from April 7, 2008 to date. The Debtor seeks allowance of the Firm's fees in the amount of $56,803.50 and allowance of costs in the amount of $2,438.32. Of the $56,803.50, the amount of $3,323.00 were incurred after the Chapter 11 Trustee was appointed. The Firm is not seeking payment for those fees from the estate. In addition, the Firm will apply a courtesy credit of $13,480.50, such that the total amount sought herein by the Firm for its fees is $40,000.00. The Firm requests an Order for payment of the fees and costs consistent with the plan of reorganization which is ultimately confirmed by the Court in this case.

A. **BACKGROUND**

1. The Chapter 11 petition of Products International Company was filed on February 15, 2008. PIC's original counsel in this case withdrew from representation.

2. The Debtor filed its application to employ the CMPBG on April 16, 2008, and the Court entered its Order approving employment of the Firm on April 18, 2008.

3. The following is a list of the hourly rates charged in this case by the Firm. These rates have not changed during the course of this case. The rates charged in this case are the same rates generally charged for similar services by the Firm in bankruptcy and non-bankruptcy matters.

| Attorneys | Year First Admitted | Billable Rate |
| --- | --- | --- |
| Dorothy B. Baran | 1987 | $325 |
| Daniel P. Collins | 1983 | $325 |
| Margaret A. Gillespie | 1990 | $300 |
| Maureen P. Henry | 1988 | $275 |
| Philip G. May | 1985 | $325 |
| Tajudeen O. Oladiran | 2001 | $265 |
| Amy J. Popham | 2001 | $265 |
| Austin D. Potenza II | 1982 | $325 |
| Michael T. Reynolds | 1995/ 1998 | $345 |
| Paula A. Williams | 1994 | $250 |
| Theodore P. Witthoft | 2001 | $265 |

| | | |
|---|---|---|
| Law Clerks | | $125 |
| Legal Assistants | | $165 |
| Litigation Assistant | | $ 60 |

4. This is the first application requesting allowance and payment of fees and expenses incurred by the Firm in this case. Depending on the progress of the case, the Firm may provide further assistance to the Debtor and therefore does not waive the right to file another fee application some time in the future.

5. This application is not filed less than 120 days after the order for relief nor within 120 days after a prior application to this Court.

6. This statement is for fees and expenses incurred by the Firm from April 7, 2008 through September 2, 2008.

**B. CASE STATUS**

1. Summary of case administration.

The Debtor's Operating Reports, filed each month, provide a summary of the Debtor's operation and administration.

2. Financial condition of the Chapter 11 estate: The Chapter 11 Trustee is currently in charge of administration of the estate. Operations are on-going, and the Debtor is healthy in that regard. PIC appears to be maintaining and expanding its business where possible -- and keeping current with its tax obligations.

**C. PROJECT SUMMARY**

    a. Attorneys' projects, benefits derived and status:

<u>**Summary of Fees**</u>

The billing statement summarizes CMPBG's time and tasks through September 2, 2008, as follows:

| Task | Category | Hours | Amount |
|---|---|---|---|
| B004 | Case Administration | 163.2 | $47,455.50 |
| B005 | Claims Administration and Objections | 2.5 | $750.00 |
| B007 | Fee/Employment Applications | 4.6 | $1,380.00 |
| B020 | Stay Litigation | 1.2 | $318.00 |
| B092 | Document Production | 4.9 | $1,470.00 |
| B093 | Depositions | 13.4 | $4,020.00 |
| B105 | Trial Hearing and Attendance | 4.7 | $1,410.00 |
| | Grand Total: | 194.5 | $56,803.50 |

**Case Administration – Task Code B004**

CMPBG spent 163.2 hours at a cost of $47,455.50 directing its attention to the administration of this case. To some degree, this task category is a "catch all" for CMPBG's efforts which may not neatly fall into one of the other more narrow and specifically defined tasks called for under the U.S. Trustee's guidelines.

Tasks included a review of tax issues and the large tax claim by the IRS, equity interests held by Mr. and Mrs. Twentier and Michael Ferring, corporation commission requirements, officer/director issues, communications with the lawyers for shareholder Ferring, coordinate with lawyers for MaxArt, communications with Rachael Zepeda and directors at the IRS regarding the tax claim and the subpoena by the IRS and possible settlement of IRS claim, prepare for and assist with the 341 meeting of creditors, review and analyze a new lease for company, communicate with potential lessor Palmer & Daughter's counsel and prepare the motion to approve same, evaluate need by the business for a new Taband machine and prepare motion to purchase same, strategize with Debtor as to preparation of a plan of reorganization that would be driven by revenues from PIC's business operations, meetings with Chris Blackman and Carl Twentier on all these issues, evaluate wage claim by Ferring and address stay violation stemming from post-petition service of Ferring's state court complaint, assist with employment application of Befort & Henges, conversations/meetings with Martha Patrick regarding IRS penalties and work with her to try to set up meeting with IRS, review and propose

to court the dismissal strategy, deal with objections to the lease and purchase of equipment and accountant's employment, address the claim against MaxArt and assist in preparation of same, work with Twentier on tax deposit for income tax liability and projections, conduct inspection with Ferring and his people at site, address corporate governance issues.

In summary, the following attorneys spent the following amount of time and billed the following amount of fees in the Case Administration (B004) task category:

| Timekeeper | Hours | Amount |
|---|---|---|
| MAG | 93.1 | $27,930.00 |
| ADP | 12.9 | $4,192.50 |
| TPW | 47.7 | $12,640.50 |
| MTR | 6.5 | $2,242.50 |
| AM | 3.0 | $450.00 |
| Grand Total: | 163.2 | $47,455.50 |

### Claims Administration and Objections – Task Code B005

Claims against the Debtor were analyzed and addressed through the course of the representation, especially the issues surrounding the IRS claim and various vendor claims that arose. Also, counsel reviewed and addressed Mr. Ferring's wage claim. Some of the time spent on these issues was booked under the general Task Code B004, identified in the section above.

In summary, CMPBG's time and charges related to the claims administration and objections task category may be summarized as follows:

| Timekeeper | Hours | Amount |
|---|---|---|
| MAG | 2.5 | $750.00 |
| Grand Total: | | $750.00 |

Case 2:08-bk-01454-SSC    Doc 118    Filed 10/31/08    Entered 10/31/08 17:48:33    Desc
Main Document    Page 6 of 10

### Fee/Employment Applications – Task Code B007

The Firm prepared and filed the employment application for CMPBG, as counsel for the Debtor and also the accountant's employment application. Some time was also billed for preparation of this fee application (0.4 hours), but CMPBG is not seeking payment for the post-Chapter 11 trustee appointment activities. In summary, CMPBG's time and charges related to the fee/employment application task category may be summarized as follows:

| Timekeeper | Hours | Amount |
|---|---|---|
| MAG | 4.6 | $1,380.00 |
| Grand Total: | | $1,380.00 |

### Stay Litigation 1 – Task Code B020

When the lawsuit was served on Products International in late May, the Firm addressed the possible claim against Ferring for automatic stay violation. Research and a complaint was drafted. In summary, CMPBG's time and charges related to the stay litigation task category may be summarized as follows:

| Timekeeper | Hours | Amount |
|---|---|---|
| TPW | 1.2 | $318.00 |
| Grand Total: | | $318.00 |

### Document Production – Task Code B092

Documents were requested by Michael Ferring in anticipation of the Rule 2004 Examination of Carl Twentier. In summary, CMPBG's time and charges related to the document production task category may be summarized as follows:

| Timekeeper | Hours | Amount |
|---|---|---|
| MAG | 4.9 | $1,470.00 |
| TOTAL | | $1,470.00 |

### Depositions – Task Code B093

The Firm prepared for and attended the Rule 2004 Examination of Carl Twentier. In addition, it requested the Rule 2004 exam of Michael Ferring, prepared for and conducted same. In summary, CMPBG's time and charges related to the Depositions task category may be summarized as follows:

| Timekeeper | Hours | Amount |
|---|---|---|
| MAG | 13.4 | $4,020.00 |
| **Grand Total:** | | **$4,020.00** |

### Trial Hearing and Attendance – Task Code B105

The Firm prepared for and attended hearings on the motion to approve the lease for additional space and for purchase of new equipment as well as the hearing on the Debtor's motion to dismiss. In summary, CMPBG's time and charges related to the trial hearing and attendance task category may be summarized as follows:

| Timekeeper | Hours | Amount |
|---|---|---|
| MAG | 4.7 | $1,410.00 |
| **Grand Total:** | | **$1,410.00** |

    b.    Working attorney/paralegal summary: See cover sheet filed concurrently herewith.

    c.    Summary of hours spent and compensation requested: See the cover sheet filed concurrently herewith.

    d.    Itemized time entries: See Exhibit A.

**D.   EVALUATION STANDARDS**

The detailed billing summaries contained in Exhibit A are believed by the undersigned to be sufficiently detailed to enable this Court and the office of the United States Trustee to satisfy the analysis requirements of 11 U.S.C. § 330(a).

**E.   REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

The expenses sought to be reimbursed herein ($2,438.32) are of the kinds and amounts customarily charged to the applicant's non-bankruptcy clients. Copying charges are billed by the Firm at the rate of 15 cents per page. Mileage is charged at the federal mileage rate. The Firm's phone, facsimile and postage charges were charged at the actual costs to the applicant, except where such charges were absorbed by the applicant as general office overhead not billed to this estate.

WHEREFORE, it is respectfully requested that the Court enter an order allowing all the fees and costs described herein through September 2, 2008. The Firm's Chapter 11 fees totaled $56,803.50; and the Firm reduced its fees by $16,803.50 for a total fee request of $40,000.00, along with its costs, in the amount of $2,438.32. The Firm requests payment in accordance with the eventual Chapter 11 Plan of Reorganization in this case.

Respectfully submitted this 31st day of October, 2008.

COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.

By /s/ Margaret Gillespie          013231
    Margaret Gillespie
    Attorneys for Chapter 11 Debtor,
    Products International Company

COPY of the foregoing sent via U.S. mailed this 3rd day of November, 2008, to:

David Birdsell
216 North Center
Mesa, Arizona 85201
Chapter 11 Trustee

Terry A. Dake, Esq.
Terry A. Dake, Ltd.
11811 North Tatum Blvd. Suite 3031
Phoenix, Arizona 85028-1621
Counsel for Chapter 11 Trustee

Carl Twentier
Products International Company
2320 West Holly Street
Phoenix, Arizona 85009

/s/ Andrea Smith