# IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:

PRODUCTS INTERNATIONAL COMPANY

Debtor

CASE NO. 2-08-01454-SSC

**BUSINESS AND INDUSTRY MONTHLY OPERATING REPORT**

MONTH OF Nov-09

DATE PETITION FILED: 2/15/2008

TAX PAYER ID NO. : 86-0178186

Nature of debtor's business: Manufacture and sale of hospital and animal identification bracelets.

DATE DISCLOSURE STATEMENT FILED 12/1/2008 TO BE FILED ______
DATE PLAN OF REORGANIZATION FILED 12/1/2008 TO BE FILED ______

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

**RESPONSIBLE PARTY:**

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

Chapter 11 Trustee
TITLE

David A. Birdsell, Chapter 11 Trustee
PRINTED NAME OF RESPONSIBLE PARTY

11/9/2009
DATE

**PREPARER:**

ORIGINAL SIGNATURE OF PREPARER

CPA
TITLE

David A. Birdsell
PRINTED NAME OF PREPARER

11/9/2009
DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** David A. Birdsell, Chapter 11 Trustee

PHONE NUMBER: (602) 257-0141

ADDRESS: 2320 West Holly Street
Phoenix, AZ 85009

**FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE**

CASE NO. 2-08-01454-SSC

# CURRENT MONTH"S RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | | Total |
|---|---|---|---|---|---|
| | Trustee acct | WF Operating | Payroll | Tax | |
| | Chase #6300751300 | 9686601775 | # | # | |
| Balance at Beginning of Period | 136594.39 | 8665.70 | | | 145260.09 |
| **RECEIPTS** | | | | | |
| Cash Sales | | | | | |
| Accounts Receivable - Prepetition | | | | | |
| Accounts Receivable - Postpetition | 68878.61 | 27856.26 | | | 96734.87 |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | 10000.00 | | | | 10000.00 |
| Other (attach list) | | | | | |
| | | | | | |
| TOTAL RECEIPTS | 78878.61 | 27856.26 | | | 106734.87 |
| **DISBURSEMENTS** | | | | | |
| Business - Ordinary Operations | 81618.22 | 15761.83 | | | 97380.05 |
| Capitol Improvements | | | | | |
| Pre-Petition Debt | | | | | |
| Transfers to Other DIP Accounts | | 10000.00 | | | 10000.00 |
| Other (attach list) | | | | | |
| | | | | | |
| | | | | | |
| **Reorganization Expenses:** Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Bonding fee | | | | | |
| | | | | | |
| **TOTAL DISBURSEMENTS** | 81618.22 | 25761.83 | | | 107380.05 |
| Balance at End of Month | 133854.78 | 10760.13 | | | 144614.91 |

*information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | 107380.05 |
| Less: Transfers to Other DIP Accounts | -10000.00 |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | 97380.05 |

# Products International Company
## Cash Account Register
## For the Period From Nov 1, 2009 to Nov 30, 2009
## 10050 - JP Morgan Chase - Operating

Filter Criteria includes: Report order is by Transactio

| Date | Reference | Type | Payee Name | Memo | Payment Amt |
|---|---|---|---|---|---|
| 11/12/09 | 5787 | Payment | Aetna | Insurance | $ 1,614.00 |
| 11/12/09 | 5788 | Payment | Aflac | Insurance | $ 183.22 |
| 11/12/09 | 5789 | Payment | All American Window Cleaning | Building maintenance | $ 50.00 |
| 11/12/09 | 5790 | Payment | Arizona Grinding | Equipment repair | $ 57.50 |
| 11/12/09 | 5791 | Payment | AZCoat, Inc. | Purchases | $ 7,158.60 |
| 11/12/09 | 5793 | Payment | Carefree Courier | Freight | $ 92.86 |
| 11/12/09 | 5794 | Payment | Desert Hills Bank | Rent | $ 5,188.35 |
| 11/12/09 | 5795 | Payment | Francisco Gonzalez | Landscaping | $ 300.00 |
| 11/12/09 | 5796 | Payment | Maria G Gomez | Building maintenance | $ 120.00 |
| 11/12/09 | 5797 | Payment | Palmer and Daughter | Rent | $ 2,200.00 |
| 11/12/09 | 5798 | Payment | Qwest (Voice) | Telephone | $ 268.72 |
| 11/12/09 | 5799 | Payment | R&L Carriers, Inc. | Freight | $ 698.44 |
| 11/12/09 | 5800 | Payment | Sparkletts Bottled Waters | Office supplies | $ 21.92 |
| 11/12/09 | 5801 | Payment | Support Payment Clearing House | Garnishment paid | $ 412.71 |
| 11/12/09 | 5802 | Payment | United Parcel Service | Freight | $ 1,485.79 |
| 11/12/09 | 5803 | Payment | Waste Management | Utilities | $ 161.92 |
| 11/12/09 | 5804 | Payment | Javier Rodriguez | Contract labor | $ 200.00 |
| 11/12/09 | 5811 | Payment | Can-Do National Tape | Purchases | $ 9,986.49 |
| 11/12/09 | 5812 | Payment | City of Phoenix | Utilities | $ 44.26 |
| 11/12/09 | 5805 | Payroll | Carl R. Twentier | Payroll 11/15 | $ 3,915.64 |
| 11/12/09 | 5806 | Payroll | Yvette Urena | Payroll 11/15 | $ 1,076.62 |
| 11/12/09 | 5807 | Payroll | Alejandro Nunez | Payroll 11/15 | $ 711.27 |
| 11/12/09 | 5808 | Payroll | Lydia G. Rodriguez | Payroll 11/15 | $ 1,360.91 |
| 11/12/09 | 5809 | Payroll | Monica Gonzalez | Payroll 11/15 | $ 1,778.53 |
| 11/12/09 | 5810 | Payroll | Teresa Garcia | Payroll 11/15 | $ 1,199.95 |
| 11/25/09 | 5813 | Payment | Arizona Dragon Slayer | Pest control | $ 78.00 |
| 11/25/09 | 5814 | Payment | Arizona Public Service | Utilities | $ 489.00 |
| 11/25/09 | 5815 | Payment | Arizona Public Service | Utilities | $ 400.00 |
| 11/25/09 | 5816 | Payment | AZCoat, Inc. | Purchases | $ 21,122.88 |
| 11/25/09 | 5817 | Payment | Can-Do National Tape | Purchases | $ 3,373.58 |
| 11/25/09 | 5818 | Payment | Carefree Courier | Freight | $ 187.35 |
| 11/25/09 | 5819 | Payment | Maria G Gomez | Building maintenance | $ 120.00 |
| 11/25/09 | 5820 | Payment | Pima Plastics | Purchases | $ 1,450.00 |
| 11/25/09 | 5821 | Payment | R&L Carriers, Inc. | Freight | $ 543.24 |
| 11/25/09 | 5822 | Payment | Staples Credit Plan | Office supplies | $ 429.30 |

# Products International Company
## Cash Account Register
## For the Period From Nov 1, 2009 to Nov 30, 2009
## 10050 - JP Morgan Chase - Operating

Filter Criteria includes: Report order is by Transactio

| Date | Reference | Type | Payee Name | Memo | Payment Amt |
|---|---|---|---|---|---|
| 11/25/09 | 5823 | Payment | United Parcel Service | Freight | $ 1,406.62 |
| 11/25/09 | 5824 | Payment | Palmer and Daughter | Utilities | $ 250.43 |
| 11/25/09 | 5831 | Payment | Arizona Department of Revenue | Payroll taxes | $ 50.00 |
| 11/25/09 | 5832 | Payment | U.S. Treasury | Payroll taxes | $ 660.00 |
| 11/25/09 | 5825 | Payroll | Carl R. Twentier | Payroll 11/30 | $ 3,915.64 |
| 11/25/09 | 5826 | Payroll | Yvette Urena | Payroll 11/30 | $ 1,076.62 |
| 11/25/09 | 5827 | Payroll | Alejandro Nunez | Payroll 11/30 | $ 877.16 |
| 11/25/09 | 5828 | Payroll | Lydia G. Rodriguez | Payroll 11/30 | $ 1,795.69 |
| 11/25/09 | 5829 | Payroll | Monica Gonzalez | Payroll 11/30 | $ 1,778.53 |
| 11/25/09 | 5830 | Payroll | Teresa Garcia | Payroll 11/30 | $ 1,326.48 |
| | | **Total** | | | **$ 81,618.22** |

## Products International Company
## Cash Account Register
## For the Period From Nov 1, 2009 to Nov 30, 2009
## 10040 - Wells Fargo - Electronic Trans

Filter Criteria includes: Report order is by Transac

| Date | Reference | Type | Payee Name | Memo | Payment Amt |
|---|---|---|---|---|---|
| 11/4/09 | Debit Card | Payment | Guard-O-Matic | Security | $ 262.05 |
| 11/5/09 | Debit Card | Payment | Crystal Vision Packaging Syste | Purchases | $ 72.00 |
| 11/8/09 | Debit Card | Payment | Home Depot | Office repairs | $ 99.88 |
| 11/9/09 | Debit Card | Payment | Costco Wholesale | Office repairs | $ 58.27 |
| 11/12/09 | TRUSTEE 11 | Gen. Jrnl. | Wristband resources | Purchases | $ 1,000.00 |
| 11/12/09 | Direct Debit | Payment | Wells Fargo Bank | Merchant fees | $ 572.25 |
| 11/17/09 | Direct Debit | Payment | United States Treasury | Payroll taxes | $ 3,227.48 |
| 11/17/09 | Direct Debit | Payment | Arizona Department of Revenue | Payroll taxes | $ 193.37 |
| 11/18/09 | TRUSTEE 11 | Gen. Jrnl. | Costco Wholesale | Office repairs | $ 194.68 |
| 11/20/09 | TRUSTEE 11 | Gen. Jrnl. | Wells Fargo Bank | Bank charges | $ 52.44 |
| 11/23/09 | Direct Debit | Payment | Southwest Gas | Utilities | $ 35.21 |
| 11/24/09 | TRUSTEE 11 | Gen. Jrnl. | Wristband resources | Purchases | $ 401.00 |
| 11/30/09 | TRUSTEE 11 | Gen. Jrnl. | USPS | Postage | $ 100.00 |
| 11/30/09 | Direct Debit | Payment | U.S. Treasury | Federal Income Tax Deposit | $ 4,700.00 |
| 11/30/09 | Direct Debit | Payment | United States Treasury | Payroll taxes | $ 3,518.27 |
| 11/30/09 | Direct Debit | Payment | Arizona Department of Revenue | Payroll taxes | $ 221.79 |
| 11/30/09 | Direct Pay | Payment | MassMutual Financial Group | Insurance | $ 1,053.14 |
| | | **Total** | | | **$ 15,761.83** |

Products International Company
Income Statement
For the Two Months Ending November 30, 2009

| | Current Period This Year | Current Period Last Year | Year to Date This Year | Year to Date Last Year | % Change |
|---|---|---|---|---|---|
| Revenues | | | | | |
| Sales - Animal Products | $ 31,153.80 | $ 24,039.90 | $ 60,954.20 | $ 54,378.30 | 12.09 |
| Sales - Human Products | 78,800.42 | 96,251.47 | 157,463.30 | 173,026.58 | (8.99) |
| Sales - Other | 0.00 | 0.00 | 103.93 | 20.00 | 419.65 |
| Interest Income | 0.00 | 0.00 | 0.00 | 0.48 | (100.00) |
| Other Income | 0.00 | 0.00 | 0.00 | 6.00 | (100.00) |
| Total Revenues | 109,954.22 | 120,291.37 | 218,521.43 | 227,431.36 | (3.92) |
| Cost of Sales | | | | | |
| Discounts Taken - Sales | 532.05 | 767.20 | 1,207.09 | 1,314.98 | (8.20) |
| Raw Materials - Animal | 7,926.12 | 6,617.08 | 15,623.42 | 14,121.37 | 10.64 |
| Raw Materials - Human | 23,852.19 | 28,666.78 | 47,503.72 | 51,305.08 | (7.41) |
| Raw Material - Both | 272.00 | (22.61) | (1,758.02) | (22.61) | 7,675.41 |
| Raw Material - Packaging | 0.00 | 802.50 | 0.00 | 1,095.27 | (100.00) |
| Raw Material - Freight Charges | 0.00 | 367.54 | 0.00 | 788.36 | (100.00) |
| Freight - Sales | 3,591.46 | 5,580.82 | 9,629.79 | 10,200.31 | (5.59) |
| Freight Reimbursed | (3,035.18) | (3,566.93) | (7,538.54) | (7,957.76) | (5.27) |
| Manufacturing Wages | 7,787.90 | 10,436.76 | 15,575.80 | 19,873.52 | (21.63) |
| Manufacturing Overtime | 1,752.52 | 0.00 | 3,455.62 | 0.00 | 0.00 |
| Payroll Tax Expense | 503.36 | 510.09 | 1,010.44 | 917.67 | 10.11 |
| Insurance - Health | 359.08 | 701.73 | 770.42 | 1,298.64 | (40.67) |
| Rent - Mfg. Building | 4,794.18 | 4,825.00 | 9,954.04 | 9,650.00 | 3.15 |
| Utilities - Mfg. Building | 874.64 | 683.99 | 1,505.57 | 1,852.00 | (18.71) |
| Manufacturing Supplies | 99.88 | 90.98 | 99.88 | 90.98 | 9.78 |
| Repair and Maintenance - Mfg. | 106.50 | 230.25 | 715.95 | 2,443.21 | (70.70) |
| Manufacturing - Other Expenses | 0.00 | 25.00 | 0.00 | 25.00 | (100.00) |
| Total Cost of Sales | 49,416.70 | 56,716.18 | 97,755.18 | 106,996.02 | (8.64) |
| Gross Profit | 60,537.52 | 63,575.19 | 120,766.25 | 120,435.34 | 0.27 |
| Expenses | | | | | |
| Postage/Mailing Service | 100.00 | 0.00 | 100.00 | 0.00 | 0.00 |
| Ad Costs | 0.00 | 0.00 | 649.50 | 0.00 | 0.00 |
| Internet/Web Site | 525.36 | 680.06 | 1,128.52 | 1,202.49 | (6.15) |
| Trade Show - Travel | 0.00 | 0.00 | 512.96 | 0.00 | 0.00 |
| Accounting | 1,053.14 | 0.00 | 2,106.28 | 0.00 | 0.00 |
| Bad Debt | 0.00 | 0.00 | 0.00 | (852.12) | (100.00) |
| Bank Charges | 52.44 | 137.40 | 109.17 | 252.00 | (56.68) |
| Credit Card Service Fee | 572.25 | 456.50 | 1,137.39 | 924.48 | 23.03 |
| Insurance - Health | 630.32 | 2,000.64 | 1,503.26 | 4,402.99 | (65.86) |
| Insurance - Key Person | 0.00 | 3,373.79 | 0.00 | 4,426.93 | (100.00) |
| Insurance - Other | 183.22 | 1,340.77 | 366.44 | 2,681.54 | (86.33) |
| Office Supplies | 694.17 | 143.22 | 1,446.26 | 672.17 | 115.16 |
| Postage | 0.00 | 300.00 | 200.00 | 400.00 | (50.00) |
| Rent - Office Space | 2,594.17 | 2,625.00 | 5,188.34 | 5,250.00 | (1.17) |
| Repair and Maintenance-Office | 2,001.05 | 1,340.49 | 2,878.31 | 2,000.98 | 43.85 |
| Tax and License | 0.00 | 4,369.29 | 0.00 | 8,788.58 | (100.00) |
| Taxes - Payroll | 1,601.35 | 1,661.66 | 3,195.22 | 3,921.07 | (18.51) |
| Workers' Compensation | 0.00 | 795.27 | 0.00 | 1,590.54 | (100.00) |
| Telephone | 268.72 | 262.94 | 544.15 | 532.82 | 2.13 |
| Utilities - Office | 506.18 | 709.53 | 1,003.44 | 1,532.49 | (34.52) |
| Wages - Officer's Salaries | 10,418.00 | 10,418.00 | 20,836.00 | 20,836.00 | 0.00 |

Products International Company
Income Statement
For the Two Months Ending November 30, 2009

| | Current Period This Year | Current Period Last Year | Year to Date This Year | Year to Date Last Year | % Change |
|---|---|---|---|---|---|
| Wages - Office | 7,554.22 | 14,995.92 | 15,108.44 | 28,983.24 | (47.87) |
| Reorganization - Trustee Fees | 0.00 | 4,875.00 | 0.00 | 4,875.00 | (100.00) |
| Total Expenses | 28,754.59 | 50,485.48 | 58,013.68 | 92,421.20 | (37.23) |
| Net Income Before Taxes | 31,782.93 | 13,089.71 | 62,752.57 | 28,014.14 | 124.00 |
| Net Income | $ 31,782.93 | $ 13,089.71 | $ 62,752.57 | $ 28,014.14 | 124.00 |

CASE NO. 2-08-01454-SSC ]

# COMPARATIVE BALANCE SHEET

(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | | | |
| Restricted Cash | | | |
| Total Cash | | | |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | SEE ATTAHCED | | |
| Property, Plant & Equipment | | | |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | | | |
| Other (attach list) | | | |
| TOTAL ASSETS | | | |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| EQUITY | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

Products International Company
Balance Sheet
November 30, 2009

ASSETS

| | | |
|---|---|---|
| Current Assets | | |
| Wells Fargo - Electronic Trans | $ 10,760.13 | |
| JP Morgan Chase - Operating | 133,854.78 | |
| Accounts Receivable | 214,135.61 | |
| Misappropriated Funds Max Art | 700,254.62 | |
| Advances Due From Officers | 24,239.62 | |
| Estimated Tax Deposits Federal | 4,700.00 | |
| Inventory - Finished Goods | 32,494.44 | |
| Inventory - Raw Material | 331,561.08 | |
| Inventory - Freight | 2,070.01 | |
| Total Current Assets | | 1,454,070.29 |
| Property and Equipment | | |
| Manufacturing Equipment | 123,261.54 | |
| Depr - Manufacturing Equipment | (122,437.61) | |
| Display Equipment | 4,579.15 | |
| Depr - Display Equipment | (4,579.15) | |
| Office Equipment | 100,779.32 | |
| Depr - Office Equipment | (100,333.15) | |
| Leasehold Improvements | 101,384.76 | |
| Depr - Leashold Improvements | (28,598.75) | |
| Trademarks | 4,075.00 | |
| Amortization - Trademarks | (3,296.32) | |
| Patents | 22,657.00 | |
| Amortization - Patents | (3,946.54) | |
| Total Property and Equipment | | 93,545.25 |
| Other Assets | | |
| Shareholder Loans - Twentier | 122,685.08 | |
| Cash Surrender Value Insurance | 29,849.82 | |
| Recoverable Insurance Premiums | 96,420.74 | |
| Total Other Assets | | 248,955.64 |
| Total Assets | | $ 1,796,571.18 |

LIABILITIES AND CAPITAL

| | | |
|---|---|---|
| Current Liabilities | | |
| Accounts Payable - Pre-filing | $ 87,374.92 | |
| Accounts Payable - Post-filing | 57,057.46 | |
| Sales Tax Payable | 1,304.30 | |
| Payroll Taxes - Pre Filing | 334,056.79 | |
| Payroll Taxes - FWT | (878.60) | |
| Payroll Taxes - SWT | (250.72) | |
| Payroll Taxes - FUTA | 30.14 | |
| Payroll Taxes - Employer SS | 1,003.19 | |
| Payroll Taxes - Employer MCare | 2.77 | |
| Accrued Payroll | 100,483.04 | |
| Child Support Withholding | 412.70 | |
| Accrued Interest | 4,889.14 | |
| Colonial Insurance | 290.10 | |
| Total Current Liabilities | | 585,775.23 |

Products International Company
Balance Sheet
November 30, 2009

| | | |
|---|---|---|
| Long-Term Liabilities | | |
| Note Payable-Mike Ferring | 23,755.67 | |
| Notes Payable Insurance | 8,846.44 | |
| Total Long-Term Liabilities | | 32,602.11 |
| Total Liabilities | | 618,377.34 |
| Capital | | |
| Capital Stock | 96,485.77 | |
| Treasury Stock | (82,850.00) | |
| Retained Earnings | 1,101,805.50 | |
| Net Income | 62,752.57 | |
| Total Capital | | 1,178,193.84 |
| Total Liabilities & Capital | | $ 1,796,571.18 |

CASE NO. 2-08-01454-SSC

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | | 95263.03 | 38996.54 | 79876.04 |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | 214135.61 | 95263.03 | 38996.54 | 79876.04 |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | 41,094.04 |
| Less: Amount Collected Since Filing Date | (32,915.53) |
| Less: Amount Considered Uncollectible | - |
| Net Due From Insiders | 8,178.51 |

| INVENTORY | |
|---|---|
| Beginning Inventory | 364,218.07 |
| Plus: Purchases | 31,887.76 |
| Less: Cost of Goods Sold | (32,050.31) |
| Ending Inventory | 364,055.52 |

Date Last Inventory was taken: 11/30/2009

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Leasehold Improvements | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | 223162.01 | 5458.00 | | 228620.01 |
| Accumulated Depreciation | -219993.08 | | 226.17 | -219766.91 |
| Net Equipment | 3168.93 | 5458.00 | | 8626.93 |
| Leasehold Improvements | 100348.76 | 172.2 | 0 | 100520.96 |
| Accumulated Depreciation | 28598.75 | 0 | 0 | 28598.75 |
| Net Leasehold Improvements | 71750.01 | 0 | 0 | 71750.01 |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

All additions noted on this page were made in prior periods

# Products International Company

Aged Payables - Post-filing
As of Nov 30, 2009

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by Name. Report is printed in Detail Format.

| Vendor | Date | Date Due | Age | Invoice/CM # | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| Collins May Potenza Baran & Gi | 5/13/08 | 6/12/08 | 536 | April Reorg exp | | | | 6,615.00 | 6,615.00 |
| | 6/10/08 | 7/10/08 | 508 | 6/10/08 | | | | 10,422.2 | 10,422.20 |
| | 7/16/08 | 8/15/08 | 472 | June 2008 | | | | 4,012.48 | 4,012.48 |
| | 8/19/08 | 9/18/08 | 438 | 8/19/08 | | | | 25,952.5 | 25,952.58 |
| | 9/11/08 | 10/11/08 | 415 | 9/11/08 | | | | 6,478.24 | 6,478.24 |
| **Collins May Potenza Baran &** | | | | | | | | **53,480.5** | **53,480.50** |
| QWest (Data) | 11/23/09 | 11/30/09 | | 1066062731 | 525.36 | | | | 525.36 |
| **QWest (Data)** | | | | | **525.36** | | | | **525.36** |
| Sazjun Systems, Inc. | 11/30/09 | 11/30/09 | | 200902460 | 1,410.00 | | | | 1,410.00 |
| **Sazjun Systems, Inc.** | | | | | **1,410.00** | | | | **1,410.00** |
| United Parcel Service | 11/21/09 | 11/28/09 | 2 | 871704479 | 1,359.56 | | | | 1,359.56 |
| | 11/28/09 | 12/5/09 | -5 | 871704489 | 282.04 | | | | 282.04 |
| **United Parcel Service** | | | | | **1,641.60** | | | | **1,641.60** |
| | | | | | 3,576.96 | | | 53,480.5 | 57,057.46 |

CASE NO. 2-08-01454-SSC

# STATUS OF LIABILITIES AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | 3,576.96 | 3,576.96 | 0.00 | 0.00 | 0.00 |
| Taxes Payable | 0.00 | | | | |
| Notes Payable | 0.00 | | | | |
| Professional Fees Payable | 53,480.50 | | | | 53,480.50 |
| Secured Debt | 0.00 | | | | |
| Other (attach list) | 0.00 | | | | |
| | 0.00 | | | | |
| **Total Post-Petition Liabilities** | 57,057.46 | 3,576.96 | 0.00 | 0.00 | 53,480.50 |

***DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING**

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| Carl Twentier, Owner | Repayment of loan made to the Company by Carl Twentier on March 6, 2008 | | 3,800 |
| Carl Twentier, Owner | Payment of property taxes to landlords, Carl and Patricia Twentier. Payments made under the terms of a triple net lease. | | 10000 |
| Carl Twentier, Owner | Repayment of loan made to the Company by Carl Twentier on May 2, 2008 | | 2000 |
| Carl Twentier, Owner | Loan to Carl Twentier, Owner | | 32115.53 |
| Carl and Patricia Twentier, Owners | Payroll advance | | 5178.51 |
| | | | |
| | | | |
| **Total Payments to Insiders** | | | 53,094 |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total Payments to Proffessionals** | | | | |

CASE NO. 2-08-01454-SSC

## CASE STATUS

### QUESTIONAIRE

| | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? | | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | X | |
| Are any wages past due? | | X |
| Are any U. S. Trustee quarterly fees delinquent? | | X |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

During the month of May, $5,000 was transferred to the personal bank account of the majority shareholder, Carl Twentier. $2,000 of this amount was repayment of a loan that Carl Twentier has made the Company on 5/2/08. Products International Company regards the remaining $3,000 as a personal loan made to Mr. Twentier. During the month of July, a payroll advance in the amount of $5,178.51 was taken by Carl and Patricia Twentier. During the month of August, there was an additional $23,667.02 (net of amounts repayed) in funds transferred to Carl and Patricia Twentier. The total amount owed to the Company arising from post petition transactions by Carl and Patricia Twentier is $31,845.53 as of 8/31/08. On the very last day of September, Carl Twentier provided the Trustee with a check for $23,667.02 which paid the amount borrowed in August. The Check cleared in early October.

Current number of employees: 6

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| Westfield Insurance Co. | Business Owners | 3/1/09 to 3/1/10 | $1,898.18 monthly for both policies. |
| Westfield Insurance Co. | Worker's Compensation | 3/1/09 to 3/1/10 | |
| | | | |
| | | | |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

For the past two years, the principal of the company missappropriated company assets by transferring large amounts of money to benefit another company, MaxArt Animal Health, Inc. The Trustee notes that MaxArt is also owned by Carl Twentier, the majority shareholder of Products International Company. This resulted in the Company's being unable to pay all of it's obligations currently, especially payroll and income taxes. The resulting leins and levies by the IRS precipitated the chapter 11 filing. Now that a Chapter 11 Trustee has been appointed Products International Company has ceased making any further transfers to MaxArt Animal Health, Inc and/or Carl Twentier. The Trustee believes that in the absence of these cash transfers to MaxArt and Mr. Carl Twentier, Products International is fully able to service current debt as well as obligations to the IRS and other pre-petition creditors. Products International has remained current with all post petition tax obligations. The Trustee believes that it does not appear that the funds misappropriated to MaxArt (in its own chapter 11) will be recoverable due the large amount of IRS debt owed by MaxArt.

**Identify any matters that are delaying the filing of a plan of reorganization:**

The Court denied both plans of reorganization. Website changes will be complete soon. New sleeves for promotional materials have been designed and ordered with a 30% decrease in price from prior supplier. Marketing consultant is working with print media supplier for new sample materials and changes to convention booth for upcoming meeting in Jan. 2010. Trustee further reports that broker has completed the marketing package for the sale of the business. Trustee reports that the sale of the business will start immediately upon the filing of this report and broker will be aggressively seeking offers between now and January 31, 2010. Trustee reports that he has met with special counsel to discuss litigation vs. Twentier, company accountant's and lawyers. Trustee has had discussions with special counsel regarding employment of expert witnesses.

# Products International Company
## Account Reconciliation
## As of Nov 30, 2009
## 10050 - JP Morgan Chase - Operating
## Bank Statement Date: November 30, 2009

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 136,594.39 |
| Add: Cash Receipts | | | | 68,878.61 |
| Less: Cash Disbursements | | | | (71,618.22) |
| Add (Less) Other | | | | |
| Ending GL Balance | | | | 133,854.78 |
| Ending Bank Balance | | | | |
| Add back deposits in transit | | | | |
| | Nov 4, 2009 | 138 | 2,216.01 | |
| | Nov 5, 2009 | 139 | 3,564.19 | |
| | Nov 9, 2009 | 140 | 27,270.25 | |
| | Nov 12, 2009 | 141 | 3,939.68 | |
| | Nov 16, 2009 | 142 | 4,680.49 | |
| | Nov 19, 2009 | 143 | 6,452.87 | |
| | Nov 23, 2009 | 144 | 18,624.72 | |
| | Nov 30, 2009 | 145 | 2,130.40 | |
| Total deposits in transit | | | | 68,878.61 |
| (Less) outstanding checks | | | | |
| | Nov 12, 2009 | 32353 | 10,000.00 | |
| | Feb 9, 2009 | 5285 | (79.00) | |
| | Apr 8, 2009 | 5389 | (79.00) | |
| | Jun 25, 2009 | 5550 | (978.91) | |
| | Oct 14, 2009 | 5743 | (1,614.00) | |
| | Oct 14, 2009 | 5748 | (180.00) | |
| | Oct 21, 2009 | 5764 | (44.26) | |
| | Oct 28, 2009 | 5772 | (266.39) | |
| | Oct 28, 2009 | 5773 | (28.75) | |
| | Oct 28, 2009 | 5774 | (11,179.78) | |
| | Oct 28, 2009 | 5775 | (75.00) | |
| | Oct 28, 2009 | 5776 | (524.16) | |
| | Oct 28, 2009 | 5778 | (633.11) | |
| | Oct 28, 2009 | 5785 | (120.00) | |
| | Oct 28, 2009 | 5786 | (4,875.00) | |
| | Nov 12, 2009 | 5787 | (1,614.00) | |
| | Nov 12, 2009 | 5788 | (183.22) | |
| | Nov 12, 2009 | 5789 | (50.00) | |
| | Nov 12, 2009 | 5790 | (57.50) | |
| | Nov 12, 2009 | 5791 | (7,158.60) | |
| | Nov 12, 2009 | 5793 | (92.86) | |
| | Nov 12, 2009 | 5794 | (5,188.35) | |
| | Nov 12, 2009 | 5795 | (300.00) | |
| | Nov 12, 2009 | 5796 | (120.00) | |
| | Nov 12, 2009 | 5797 | (2,200.00) | |
| | Nov 12, 2009 | 5798 | (268.72) | |
| | Nov 12, 2009 | 5799 | (698.44) | |
| | Nov 12, 2009 | 5800 | (21.92) | |
| | Nov 12, 2009 | 5801 | (412.71) | |
| | Nov 12, 2009 | 5802 | (1,485.79) | |
| | Nov 12, 2009 | 5803 | (161.92) | |
| | Nov 12, 2009 | 5804 | (200.00) | |
| | Nov 12, 2009 | 5805 | (3,915.64) | |
| | Nov 12, 2009 | 5806 | (1,076.62) | |
| | Nov 12, 2009 | 5807 | (711.27) | |
| | Nov 12, 2009 | 5808 | (1,360.91) | |
| | Nov 12, 2009 | 5809 | (1,778.53) | |

# Products International Company
## Account Reconciliation
## As of Nov 30, 2009
## 10050 - JP Morgan Chase - Operating
## Bank Statement Date: November 30, 2009

Filter Criteria includes: Report is printed in Detail Format.

| | Date | Check | Amount | Total |
|---|---|---|---|---|
| | Nov 12, 2009 | 5810 | (1,199.95) | |
| | Nov 12, 2009 | 5811 | (9,986.49) | |
| | Nov 12, 2009 | 5812 | (44.26) | |
| | Nov 25, 2009 | 5813 | (78.00) | |
| | Nov 25, 2009 | 5814 | (489.00) | |
| | Nov 25, 2009 | 5815 | (400.00) | |
| | Nov 25, 2009 | 5816 | (21,122.88) | |
| | Nov 25, 2009 | 5817 | (3,373.58) | |
| | Nov 25, 2009 | 5818 | (187.35) | |
| | Nov 25, 2009 | 5819 | (120.00) | |
| | Nov 25, 2009 | 5820 | (1,450.00) | |
| | Nov 25, 2009 | 5821 | (543.24) | |
| | Nov 25, 2009 | 5822 | (429.30) | |
| | Nov 25, 2009 | 5823 | (1,406.62) | |
| | Nov 25, 2009 | 5824 | (250.43) | |
| | Nov 25, 2009 | 5825 | (3,915.64) | |
| | Nov 25, 2009 | 5826 | (1,076.62) | |
| | Nov 25, 2009 | 5827 | (877.16) | |
| | Nov 25, 2009 | 5828 | (1,795.69) | |
| | Nov 25, 2009 | 5829 | (1,778.53) | |
| | Nov 25, 2009 | 5830 | (1,326.48) | |
| | Nov 25, 2009 | 5831 | (50.00) | |
| | Nov 25, 2009 | 5832 | (660.00) | |
| Total outstanding checks | | | | (92,295.58) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 157,271.75 |
| Ending GL Balance | | | | 133,854.78 |

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

October 31, 2009 through November 30, 2009
Primary Account: **000312220307665**

**CUSTOMER SERVICE INFORMATION**

Service Center: **1-800-634-5273**

00005044 802 24 33509 - NNNNN 1 000000000 60 0000
08-01454-PHX PRODUCTS INTERNATIONAL
COMPANY DEBTOR
240201 DAVID BIRDSELL TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

# CONSOLIDATED BALANCE SUMMARY

## ASSETS

| | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| **Checking** | | |
| Bankruptcy Business Checking 000312220307666 | 157,271.68 | 158,213.15 |
| **Total** | **$157,271.68** | **$158,213.15** |
| **Savings** | | |
| Bankruptcy Business Money Market 000312220307665 | $0.07 | $0.07 |
| **Total** | **$0.07** | **$0.07** |
| **TOTAL ASSETS** | **$157,271.75** | **$158,213.22** |

**All Summary Balances** shown are as of November 30, 2009 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

33531130010010013105





October 31, 2009 through November 30, 2009
Primary Account: **000312220307665**

# BANKRUPTCY BUSINESS MONEY MARKET

08-01454-PHX PRODUCTS INTERNATIONAL
COMPANY DEBTOR

Account Number: 000312220307665

## SAVINGS SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.07** |
| **Ending Balance** | **0** | **$0.07** |

This account earns interest daily and the current interest rate is 0.05%.

33531130010010013106

JPMorganChase

## BANKRUPTCY BUSINESS CHECKING

08-01454-PHX PRODUCTS INTERNATIONAL
COMPANY DEBTOR

Account Number: 000312220307666

## CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$157,271.68** |
| Deposits and Additions | 8 | 76,748.21 |
| Checks Paid | 47 | - 75,806.74 |
| **Ending Balance** | **55** | **$158,213.15** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/05 | Deposit | $2,216.01 |
| 11/06 | Deposit | 3,564.19 |
| 11/10 | Deposit | 27,270.25 |
| 11/13 | Deposit | 10,000.00 |
| 11/13 | Deposit | 3,939.68 |
| 11/17 | Deposit | 4,680.49 |
| 11/20 | Deposit | 6,452.87 |
| 11/24 | Deposit | 18,624.72 |
| **Total Deposits and Additions** | | **$76,748.21** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 5743 | 11/06 | $1,614.00 | 5793 * | 11/16 | 92.86 |
| 5748 * | 11/18 | 180.00 | 5794 | 11/17 | 5,188.35 |
| 5764 * | 11/02 | 44.26 | 5795 | 11/18 | 300.00 |
| 5772 * | 11/02 | 266.39 | 5796 | 11/18 | 120.00 |
| 5773 | 11/06 | 28.75 | 5797 | 11/17 | 2,200.00 |
| 5774 | 11/02 | 11,179.78 | 5798 | 11/13 | 268.72 |
| 5775 | 11/02 | 75.00 | 5799 | 11/16 | 698.44 |
| 5776 | 11/03 | 524.16 | 5800 | 11/20 | 21.92 |
| 5778 * | 11/03 | 633.11 | 5801 | 11/17 | 412.71 |
| 5785 * | 11/18 | 120.00 | 5802 | 11/18 | 1,485.79 |
| 5786 | 11/03 | 4,875.00 | 5803 | 11/18 | 161.92 |
| 5788 * | 11/19 | 183.22 | 5804 | 11/13 | 200.00 |
| 5790 * | 11/20 | 57.50 | 5805 | 11/12 | 3,915.64 |
| 5791 | 11/17 | 7,158.60 | 5806 | 11/16 | 1,076.62 |

10050442803000000067
33531130010010013107



October 31, 2009 through November 30, 2009
Primary Account: **000312220307665**

## CHECKS PAID *(continued)*

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 5807 | 11/12 | 711.27 | 5820 * | 11/30 | 1,450.00 |
| 5808 | 11/16 | 1,360.91 | 5821 | 11/30 | 543.24 |
| 5809 | 11/13 | 1,778.53 | 5822 | 11/30 | 429.30 |
| 5810 | 11/12 | 1,199.95 | 5825 * | 11/25 | 3,915.64 |
| 5811 | 11/16 | 9,986.49 | 5826 | 11/30 | 1,076.62 |
| 5812 | 11/16 | 44.26 | 5827 | 11/25 | 877.16 |
| 5814 * | 11/30 | 489.00 | 5828 | 11/27 | 1,795.69 |
| 5815 | 11/30 | 400.00 | 5829 | 11/30 | 1,778.53 |
| 5817 * | 11/30 | 3,373.58 | 5830 | 11/30 | 1,326.48 |
| 5818 | 11/30 | 187.35 | | | |
| | | | **Total Checks Paid** | | **$75,806.74** |

1005044280400000067

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 11/02 | $145,706.25 | 11/17 | 153,408.50 |
| 11/03 | 139,673.98 | 11/18 | 151,040.79 |
| 11/05 | 141,889.99 | 11/19 | 150,857.57 |
| 11/06 | 143,811.43 | 11/20 | 157,231.02 |
| 11/10 | 171,081.68 | 11/24 | 175,855.74 |
| 11/12 | 165,254.82 | 11/25 | 171,062.94 |
| 11/13 | 176,947.25 | 11/27 | 169,267.25 |
| 11/16 | 163,687.67 | 11/30 | 158,213.15 |

33531130010010013108



ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

## IMAGES

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009
5743
1-2-210
Account: 82194678
DATE Oct 14, 2009
AMOUNT $1,614.00
PAY One Thousand Six Hundred Fourteen and 00/100 Dollars
TO THE ORDER OF: Aetna
P.O. Box 894938
Los Angeles, CA 90189-4938
AUTHORIZED SIGNATURE
⑈005743⑈ ⑆021000021⑆ 312220307666⑈ ⑈0000161400⑈

005290660225 NOV 06 #0000005743 $1,614.00

1212814760
3203179994
33663643
FOR DEPOSIT ONLY
>031100209< CITIBANK, N.A. NEW CASTLE DE
49389990 030 110509 94938 30

005290660225 NOV 06 #0000005743 $1,614.00

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009
5748
1-2-210
Account:
DATE Oct 14, 2009
AMOUNT $180.00
PAY One Hundred Eighty and 00/100 Dollars
TO THE ORDER OF: Maria G Gomez
4645 N 67th Avenue
Unit #1132
Phoenix, AZ 85033
AUTHORIZED SIGNATURE
⑈005748⑈ ⑆021000021⑆ 312220307666⑈

007880391283 NOV 18 #0000005748 $180.00

007880391283 NOV 18 #0000005748 $180.00

3353113001001001310



ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

5764

1-2-210

| DATE | AMOUNT |
|---|---|
| Oct 21, 2009 | $44.26 |

Account: 0-1323-0099-63

PAY *Forty-Four and 26/100 Dollars*

TO THE ORDER OF: City of Phoenix
P.O. Box 29663
Phoenix, AZ 85038-9663

AUTHORIZED SIGNATURE

⑈005764⑈ ⑆021000021⑆ 312220307666⑈

009290269479 NOV 02 #0000005764 $44.26

20116002 3680 458090 6943605 1 680

009290269479 NOV 02 #0000005764 $44.26

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

5772

1-2-210

| DATE | AMOUNT |
|---|---|
| Oct 28, 2009 | $266.39 |

Account:

PAY *Two Hundred Sixty-Six and 39/100 Dollars*

TO THE ORDER OF: Al Adams
3202 West Caribbean Lane
Phoenix, AZ 85053

AUTHORIZED SIGNATURE

⑈005772⑈ ⑆021000021⑆ 312220307666⑈

005790985147 NOV 02 #0000005772 $266.39

005790985147 NOV 02 #0000005772 $266.39

33531130010010013110



ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

5773

1-2-210

DATE Oct 28, 2009
AMOUNT $28.75

Account: PROINT

PAY *Twenty-Eight and 75/100 Dollars*

TO THE ORDER OF: Arizona Grinding
319 West Lone Cactus, Unit D
Phoenix, AZ 85027-2909

AUTHORIZED SIGNATURE

⑆005773⑆ ⑆021000021⑆ 312220307666⑈ ⑆0000002875⑆

005190023103 NOV 06 #0000005773 $28.75

BANK OF AMERICA, NA

005190023103 NOV 06 #0000005773 $28.75

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

5774

1-2-210

DATE Oct 28, 2009
AMOUNT $11,179.78

Account: PRO003

PAY *Eleven Thousand One Hundred Seventy-Nine and 78/100 Dollars*

TO THE ORDER OF: AZCoat, Inc.
7707 E. Acoma Dr., Suite 117
Scottsdale, AZ 85260

AUTHORIZED SIGNATURE

⑆005774⑆ ⑆021000021⑆ 312220307666⑈

009490272442 NOV 02 #0000005774 $11,179.78

The RiverBank 091966376 11/02/2009 000101062315

009490272442 NOV 02 #0000005774 $11,179.78

JPMorganChase

October 31, 2009 through November 30, 2009
Primary Account: **000312220307665**

ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

5775

1-2-210

| DATE | AMOUNT |
| --- | --- |
| Oct 28, 2009 | $75.00 |

Account:

PAY Seventy-Five and 00/100 Dollars

TO THE ORDER OF: Carefree Courier
P.O. Box 86957
Phoenix, AZ 85080

AUTHORIZED SIGNATURE

⑈005775⑈ ⑆021000021⑆ 312220307666⑈ ⑈0000007500⑈

005290017046 NOV 02 #0000005775 $75.00

Deposit Only
Carefree Courier
957 000 873

005290017046 NOV 02 #0000005775 $75.00

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

5776

1-2-210

| DATE | AMOUNT |
| --- | --- |
| Oct 28, 2009 | $524.16 |

Account: 73524146

PAY Five Hundred Twenty-Four and 16/100 Dollars

TO THE ORDER OF: QWest (Data)
Business Services
PO Box 856169
Louisville, KY 40285-6169

AUTHORIZED SIGNATURE

⑈005776⑈ ⑆021000021⑆ 312220307666⑈ ⑈0000052416⑈

001790357104 NOV 03 #0000005776 $524.16

5820631159

JPMORGAN CHASE
FOR DEPOSIT ONLY
771057718

1572 242 110309 06532
220000915

001790357104 NOV 03 #0000005776 $524.16

Page 8 of 28


October 31, 2009 through November 30, 2009
Primary Account: **000312220307665**

ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

5778

1-2-210

Account: 871-704

DATE Oct 28, 2009

AMOUNT $633.11

PAY *Six Hundred Thirty-Three and 11/100 Dollars*

TO THE ORDER OF: United Parcel Service
PO Box 894820
Los Angeles, CA 90189-4820

AUTHORIZED SIGNATURE

⑈005778⑈ ⑆021000021⑆ 312220307666⑈ ⑈0000063311⑈

1005044280900000067

008180815510 NOV 03 #0000005778 $633.11

1212323491

49647609 322 110209 04964 29
3203 871704 101709 FOR >031100209<
DEPOSIT CITIBANK, N.A.
ONLY NEW CASTLE DE

008180815510 NOV 03 #0000005778 $633.11

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

5785

1-2-210

Account:

DATE Oct 28, 2009

AMOUNT $120.00

PAY *One Hundred Twenty and 00/100 Dollars*

TO THE ORDER OF: Maria G Gomez
4545 N 67th Avenue
Unit #1132
Phoenix, AZ 85033

AUTHORIZED SIGNATURE

⑈005785⑈ ⑆021000021⑆ 312220307666⑈

007880391282 NOV 18 #0000005785 $120.00

3353113001001001311З

007880391282 NOV 18 #0000005785 $120.00




October 31, 2009 through November 30, 2009
Primary Account: **000312220307665**

ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

007680741663 NOV 03 #0000005786 $4,875.00

007680741663 NOV 03 #0000005786 $4,875.00

006690052934 NOV 19 #0000005788 $183.22

006690052934 NOV 19 #0000005788 $183.22

3353113001001001314




October 31, 2009 through November 30, 2009
Primary Account: **000312220307665**

ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

5790

PRODUCTS INTERNATIONAL CO.
David A. Birdsall, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

1-2-210

Account: PROINT

DATE Nov 12, 2009 AMOUNT $57.50

PAY Fifty-Seven and 50/100 Dollars

TO THE ORDER OF: Arizona Grinding
319 West Lone Cactus, Unit D
Phoenix, AZ 85027-2909

AUTHORIZED SIGNATURE

⑈005790⑈ ⑆021000021⑆ 312220307666⑈ ⑈0000005750⑈

006680360365 NOV 20 #0000005790 $57.50

006680360365 NOV 20 #0000005790 $57.50

5791

PRODUCTS INTERNATIONAL CO.
David A. Birdsall, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

1-2-210

Account: PRO003

DATE Nov 12, 2009 AMOUNT $7,158.60

PAY Seven Thousand One Hundred Fifty-Eight and 60/100 Dollars

TO THE ORDER OF: AZCoat, Inc.
7707 E. Acoma Dr., Suite 117
Scottsdale, AZ 85260

AUTHORIZED SIGNATURE

⑈005791⑈ ⑆021000021⑆ 312220307666⑈

007590080492 NOV 17 #0000005791 $7,158.60

The RiverBank -091808375- 11/17/2009 000100000918

007590080492 NOV 17 #0000005791 $7,158.60



ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

5793
1-2-210
DATE Nov 12, 2009
AMOUNT $92.86

Account:

PAY Ninety-Two and 86/100 Dollars

TO THE ORDER OF: Carefree Courier
P.O. Box 86957
Phoenix, AZ 85080

AUTHORIZED SIGNATURE

⑈005793⑈ ⑆021000021⑆ 312220307666⑈ ⑇0000009286⑇

007780528556 NOV 16 #0000005793 $92.86

Deposit Only
Carefree Courier
957 000 873

BANK OF AMERICA,NA
11/13/09
3250712920

007780528556 NOV 16 #0000005793 $92.86

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

5794
1-2-210
DATE Nov 12, 2009
AMOUNT $5,188.35

Account: Loan 80000203

PAY Five Thousand One Hundred Eighty-Eight and 35/100 Dollars

TO THE ORDER OF: Desert Hills Bank
3001 E. Camelback Rd.
Phoenix, AZ 85016

AUTHORIZED SIGNATURE

⑈005794⑈ ⑆021000021⑆ 312220307666⑈

005190559717 NOV 17 #0000005794 $5,188.35

CREDITED TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
DESERT HILLS BANK

005190559717 NOV 17 #0000005794 $5,188.35



October 31, 2009 through November 30, 2009
Primary Account: **000312220307665**

ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank
1-2-210
5795

Account:

DATE: Nov 12, 2009
AMOUNT: $300.00

PAY *Three Hundred and 00/100 Dollars*

TO THE ORDER OF: Francisco Gonzalez
7310 North 185th Avenue
Waddell, AZ 85355

AUTHORIZED SIGNATURE

⑈005795⑈ ⑆021000021⑆ 312220307666⑈

006680505506 NOV 18 #0000005795 $300.00

FOR DEPOSIT ONLY
DESERT SCHOOLS FCU
EBM

Deposit
60731060

006680505506 NOV 18 #0000005795 $300.00

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank
1-2-210
5796

Account:

DATE: Nov 12, 2009
AMOUNT: $120.00

PAY *One Hundred Twenty and 00/100 Dollars*

TO THE ORDER OF: Maria G Gomez
4545 N 67th Avenue
Unit #1132
Phoenix, AZ 85033

AUTHORIZED SIGNATURE

⑈005796⑈ ⑆021000021⑆ 312220307666⑈

007880391284 NOV 18 #0000005796 $120.00

Maria G Gomez
Gp. Esposo.

007880391284 NOV 18 #0000005796 $120.00

10050442813000000067

33531130010010013117





October 31, 2009 through November 30, 2009
Primary Account: **000312220307665**

ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

5797

**PRODUCTS INTERNATIONAL CO.**
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

1-2-210

Account: 2324 W. Holly Street

DATE: Nov 12, 2009
AMOUNT: $2,200.00

PAY *Two Thousand Two Hundred and 00/100 Dollars*

TO THE ORDER OF:
Palmer and Daughter
c/o Diane Palmer
16022 N. 4th Drive
Phoenix, AZ 85023-4416

AUTHORIZED SIGNATURE

⑈005797⑈ ⑆021000021⑆ 312220307666⑈

006290198585 NOV 17 #0000005797 $2,200.00

Pay any bank JPMorgan Chase Bank 9100002014?3

PAY TO THE ORDER OF
BANK ONE, NA
PHOENIX, AZ 85073-4102
122100024
FOR DEPOSIT ONLY
JAMES PALMER & DAUGHTER PRT CO
GENERAL ACCT
838867540

006290198585 NOV 17 #0000005797 $2,200.00

5798

**PRODUCTS INTERNATIONAL CO.**
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

1-2-210

Account: 602-257-0141-801B

DATE: Nov 12, 2009
AMOUNT: $268.72

PAY *Two Hundred Sixty-Eight and 72/100 Dollars*

TO THE ORDER OF:
Qwest (Voice)
P.O. Box 29040
Phoenix, AZ 85038-9040

AUTHORIZED SIGNATURE

⑈005798⑈ ⑆021000021⑆ 312220307666⑈

006590368151 NOV 13 #0000005798 $268.72

Qwest C 00612 0002 111309
ICL1

006590368151 NOV 13 #0000005798 $268.72

10050442814000000067

33531130010010013118



ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009
JPMorgan Private Bank
5799
1-2-210
Account: PRO232
DATE Nov 12, 2009
AMOUNT $698.44
PAY Six Hundred Ninety-Eight and 44/100 Dollars
TO THE ORDER OF: R&L Carriers, Inc.
PO Box 713153
Columbus, OH 43271-3153
AUTHORIZED SIGNATURE
⑈005799⑈ ⑆021000021⑆ 312220307666⑈ ⑈0000069844⑈

003090979747 NOV 16 #0000005799 $698.44

4110113996

11162009 713153 CREDITED TO PAYEE AEC
0604 302 >074909962< COL RLBX
73505170424557 JPMORGAN CHASE BANK NA
4 SO 494252539 COLUMBUS, OH

003090979747 NOV 16 #0000005799 $698.44

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009
JPMorgan Private Bank
5800
1-2-210
Account: 4173561
DATE Nov 12, 2009
AMOUNT $21.92
PAY Twenty-One and 92/100 Dollars
TO THE ORDER OF: Sparkletts Bottled Waters
P.O. Box 660579
Dallas, TX 75266-0579
AUTHORIZED SIGNATURE
⑈005800⑈ ⑆021000021⑆ 312220307666⑈ ⑈0000002192⑈

001290550923 NOV 20 #0000005800 $21.92

8191 039 112009
23329534003881
0000002192
PAYEE: CREDIT ACCT OF AEC MFS DALLAS.
9430105921

001290550923 NOV 20 #0000005800 $21.92



October 31, 2009 through November 30, 2009
Primary Account: **000312220307665**

ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

5801

1-2-210

DATE Nov 12, 2009
AMOUNT $412.71

Account: Atlas #000122751200/008

PAY *Four Hundred Twelve and 71/100 Dollars*

TO THE ORDER OF
Support Payment Clearing House
PO BOX 52107
Phoenix, AZ 85072-2107

AUTHORIZED SIGNATURE

⑈005801⑈ ⑆021000021⑆ 312220307666⑈

006490880212 NOV 17 #0000005801 $412.71

111709 For Deposit Only Acct# 001695609 Bank of America >122101706<
plopez 41 418882 8 23

006490880212 NOV 17 #0000005801 $412.71

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

5802

1-2-210

DATE Nov 12, 2009
AMOUNT $1,485.79

Account: 971-704

PAY *One Thousand Four Hundred Eighty-Five and 79/100 Dollars*

TO THE ORDER OF
United Parcel Service
PO Box 894820
Los Angeles, CA 90189-4820

AUTHORIZED SIGNATURE

⑈005802⑈ ⑆021000021⑆ 312220307666⑈ ⑆0000148579⑆

007780621601 NOV 18 #0000005802 $1,485.79

MPSC 11/17/09
1212075760

48206716 350 111709 04520 EE
321204 103109 FOR >031100209<
320343E9800 0095 DEPOSIT CITIBANK, N.A.
ONLY NEW CASTLE DE

007780621601 NOV 18 #0000005802 $1,485.79

3353113001001001 3120

# JPMorganChase

October 31, 2009 through November 30, 2009
Primary Account: **000312220307665**

ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

5803

1-2-210

DATE Nov 12, 2009 AMOUNT $161.92

Account: 571-0126652-1571-2

PAY *One Hundred Sixty-One and 92/100 Dollars*

TO THE ORDER OF: Waste Management
Phoenix Hauling
PO Box 78251
Phoenix, AZ 85062-8251

AUTHORIZED SIGNATURE

⑈005803⑈ ⑆021000021⑆ 312220307666⑈

007680636594 NOV 18 #0000005803 $161.92

007680636594 NOV 18 #0000005803 $161.92

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

5804

1-2-210

DATE Nov 12, 2009 AMOUNT $200.00

Account:

PAY *Two Hundred and 00/100 Dollars*

TO THE ORDER OF: Javier Rodriguez
17511 W. Lisbon Lane
Surprise, AZ 85388

AUTHORIZED SIGNATURE

⑈005804⑈ ⑆021000021⑆ 312220307666⑈

005190075380 NOV 13 #0000005804 $200.00

005190075380 NOV 13 #0000005804 $200.00

10050442817000000067

335311300100100013121



ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

5805

**PRODUCTS INTERNATIONAL CO.**
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

1-2-210

DATE Nov 12, 2009 AMOUNT $3,915.64

PAY *Three Thousand Nine Hundred Fifteen and 64/100 Dollars*

TO THE ORDER OF: Carl R. Twenter
3422 East Fox Street
Mesa, AZ 85213-5534

AUTHORIZED SIGNATURE

⑈005805⑈ ⑆021000021⑆ 312220307666⑈

001490105060 NOV 12 #0000005805 $3,915.64

001490105060 NOV 12 #0000005805 $3,915.64

5806

**PRODUCTS INTERNATIONAL CO.**
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

1-2-210

DATE Nov 12, 2009 AMOUNT $1,076.62

PAY *One Thousand Seventy-Six and 62/100 Dollars*

TO THE ORDER OF: Yvette Urena
11120 W. Van Buren St.
Apt. 1125
Avondale, AZ 85353

AUTHORIZED SIGNATURE

⑈005806⑈ ⑆021000021⑆ 312220307666⑈

009880579743 NOV 16 #0000005806 $1,076.62

009880579743 NOV 16 #0000005806 $1,076.62

10050442818000000067

33531130010010013122


October 31, 2009 through November 30, 2009

Primary Account: **000312220307665**

ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX



001190764393 NOV 12 #0000005807 $711.27



001190764393 NOV 12 #0000005807 $711.27



003190825922 NOV 16 #0000005808 $1,360.91



003190825922 NOV 16 #0000005808 $1,360.91





October 31, 2009 through November 30, 2009
Primary Account: **000312220307665**

ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

005190075379 NOV 13 #0000005809 $1,778.53

005190075379 NOV 13 #0000005809 $1,778.53

001090028117 NOV 12 #0000005810 $1,199.95

001090028117 NOV 12 #0000005810 $1,199.95

33531130010010013124





October 31, 2009 through November 30, 2009
Primary Account: **000312220307665**

ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

5811

1-2-210

DATE Nov 12, 2009 AMOUNT $9,986.49

Account: 30-0016950

PAY *Nine Thousand Nine Hundred Eighty-Six and 49/100 Dollars*

TO THE ORDER OF: Can-Do National Tape
PO Box 440093
Nashville, TN 37244

AUTHORIZED SIGNATURE

⑈005811⑈ ⑆021000021⑆ 312220307666⑈ ⑈0000998649⑈

002990317931 NOV 16 #0000005811 $9,986.49

SUNTRUST BANKS LOCKBOX CITY
1810 94540

002990317931 NOV 16 #0000005811 $9,986.49

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

5812

1-2-210

DATE Nov 12, 2009 AMOUNT $44.26

Account: 0-1323-0099-03

PAY *Forty-Four and 26/100 Dollars*

TO THE ORDER OF: City of Phoenix
P.O. Box 29663
Phoenix, AZ 85038-9663

AUTHORIZED SIGNATURE

⑈005812⑈ ⑆021000021⑆ 312220307666⑈

002890262234 NOV 16 #0000005812 $44.26

002890262234 NOV 16 #0000005812 $44.26

3353113001001001 3125



ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

5814

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

1-2-210

Account: 124026288

DATE Nov 25, 2009 AMOUNT $489.00

PAY *Four Hundred Eighty-Nine and 00/100 Dollars*

TO THE ORDER OF: Arizona Public Service
P.O. BOX 2906
Phoenix, AZ 85062-2906

AUTHORIZED SIGNATURE

⑈005814⑈ ⑆021000021⑆ 312220307666⑈

007190731074 NOV 30 #0000005814 $489.00

APS Ofc 018
For Deposit Only
JPMC ICL 124026288

007190731074 NOV 30 #0000005814 $489.00

5815

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

1-2-210

Account: 762201282

DATE Nov 25, 2009 AMOUNT $400.00

PAY *Four Hundred and 00/100 Dollars*

TO THE ORDER OF: Arizona Public Service
P.O. BOX 2906
Phoenix, AZ 85062-2906

AUTHORIZED SIGNATURE

⑈005815⑈ ⑆021000021⑆ 312220307666⑈

007190731072 NOV 30 #0000005815 $400.00

APS Ofc 018
For Deposit Only
JPMC ICL 762201282

007190731072 NOV 30 #0000005815 $400.00

3353113001001013126

JPMorganChase

October 31, 2009 through November 30, 2009
Primary Account: **000312220307665**

ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

5817

1-2-210

Account: 30-0016950

DATE Nov 25, 2009

AMOUNT $3,373.58

PAY Three Thousand Three Hundred Seventy-Three and 58/100 Dollars

TO THE ORDER OF: Can-Do National Tape
PO Box 440093
Nashville, TN 37244

AUTHORIZED SIGNATURE

001380280913 NOV 30 #0000005817 $3,373.58

001380280913 NOV 30 #0000005817 $3,373.58

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

5818

1-2-210

Account:

DATE Nov 25, 2009

AMOUNT $187.35

PAY One Hundred Eighty-Seven and 35/100 Dollars

TO THE ORDER OF: Carefree Courier
P.O. Box 86957
Phoenix, AZ 85080

AUTHORIZED SIGNATURE

009190930377 NOV 30 #0000005818 $187.35

Deposit only
CF Courier

009190930377 NOV 30 #0000005818 $187.35

JPMorganChase

October 31, 2009 through November 30, 2009
Primary Account: **000312220307665**

ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009
5820
1-2-210
DATE Nov 25, 2009
AMOUNT $1,450.00
Account:
PAY One Thousand Four Hundred Fifty and 00/100 Dollars
TO THE ORDER OF: Pima Plastics
828 W. 24th St.
Tempe, AZ 85282-1928
AUTHORIZED SIGNATURE
⑈005820⑈ ⑆021000021⑆ 312220307666⑈

001580401956 NOV 30 #0000005820 $1,450.00

FOR DEPOSIT ONLY
PLASTIC INJECTION MOLDERS OF ARIZONA, INC.

001580401956 NOV 30 #0000005820 $1,450.00

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009
5821
1-2-210
DATE Nov 25, 2009
AMOUNT $543.24
Account: PRO232
PAY Five Hundred Forty-Three and 24/100 Dollars
TO THE ORDER OF: R&L Carriers, Inc.
PO Box 713153
Columbus, OH 43271-3153
AUTHORIZED SIGNATURE
⑈005821⑈ ⑆021000021⑆ 312220307666⑈ ⑈0000054324⑈

001580889612 NOV 30 #0000005821 $543.24

4110393099
CREDITED TO PAYEE ACC
>0749099962< COL RLBX
JPMORGAN CHASE BANK NA
COLUMBUS, OH

001580889612 NOV 30 #0000005821 $543.24

Page 24 of 28





ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

10050442825000000067

5822

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

1-2-210

Account: 7972-8200-0482-4520

DATE: Nov 25, 2009
AMOUNT: $429.30

PAY *Four Hundred Twenty-Nine and 30/100 Dollars*

CBIA993331216920042

TO THE ORDER OF:
Staples Credit Plan
P.O. Box 689020
Des Moines, IA 50368-9020

AUTHORIZED SIGNATURE

⑈005822⑈ ⑆021000021⑆ 312220307666⑈

009190921141 NOV 30 #0000005822 $429.30

For Deposit Only
06 01 00 121692 112909 PEG CITIBANK USA NA
72820004824520 210 225 DES MOINESIA
039363 QUEF >271970312<

009190921141 NOV 30 #0000005822 $429.30

5825

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

1-2-210

DATE: Nov 25, 2009
AMOUNT: $3,915.64

PAY *Three Thousand Nine Hundred Fifteen and 64/100 Dollars*

TO THE ORDER OF:
Carl R. Twentier
3422 East Fox Street
Mesa, AZ 85213-6534

AUTHORIZED SIGNATURE

⑈005825⑈ ⑆021000021⑆ 312220307666⑈

009090183676 NOV 25 #0000005825 $3,915.64

Pay any bank JPMorgan Chase Bank 91164046516

009090183676 NOV 25 #0000005825 $3,915.64

3353113001001001 3129





October 31, 2009 through November 30, 2009
Primary Account: **000312220307665**

ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

5826

1-2-210

DATE Nov 25, 2009 AMOUNT $1,076.62

PAY *One Thousand Seventy-Six and 62/100 Dollars*

TO THE ORDER OF: Yvette Urena
11120 W. Van Buren St.
Apt. 1125
Avondale, AZ 85353

AUTHORIZED SIGNATURE

⑈005826⑈ ⑆021000021⑆ 312220307666⑈

008190410084 NOV 30 #0000005826 $1,076.62

008190410084 NOV 30 #0000005826 $1,076.62

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

5827

1-2-210

DATE Nov 25, 2009 AMOUNT $877.16

PAY *Eight Hundred Seventy-Seven and 16/100 Dollars*

TO THE ORDER OF: Alejandro Nunez
3641 West Broadway
Phoenix, AZ 85041

AUTHORIZED SIGNATURE

⑈005827⑈ ⑆021000021⑆ 312220307666⑈

009390615176 NOV 25 #0000005827 $877.16

Pay any bank JPMorgan Chase Bank 910280633038

009390615176 NOV 25 #0000005827 $877.16

ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

**PRODUCTS INTERNATIONAL CO.**
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

5828

1-2-210

DATE Nov 25, 2009 AMOUNT $1,795.69

PAY *One Thousand Seven Hundred Ninety-Five and 69/100 Dollars*

TO THE ORDER OF: Lydia G. Rodriguez
7419 N. 185th Avenue
Waddell, AZ 85355

AUTHORIZED SIGNATURE

⑈005828⑈ ⑆021000021⑆ 312220307666⑈

001990603196 NOV 27 #0000005828 $1,795.69

FOR DEPOSIT ONLY
DESERT SCHOOLS FCU
DAV

001990603196 NOV 27 #0000005828 $1,795.69

**PRODUCTS INTERNATIONAL CO.**
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009

JPMorgan Private Bank

5829

1-2-210

DATE Nov 25, 2009 AMOUNT $1,778.53

PAY *One Thousand Seven Hundred Seventy-Eight and 53/100 Dollars*

TO THE ORDER OF: Monica Gonzalez
7310 N. 185th Ave.
Waddell, AZ 85355

AUTHORIZED SIGNATURE

⑈005829⑈ ⑆021000021⑆ 312220307666⑈

001580888399 NOV 30 #0000005829 $1,778.53

FOR DEPOSIT ONLY
DESERT SCHOOLS FCU
DAV

001580888399 NOV 30 #0000005829 $1,778.53

1005044282700000067
3353113001001013131



October 31, 2009 through November 30, 2009
Primary Account: **000312220307665**

ACCOUNT # 000312220307666
PRODUCTS INTERNATIONAL
08-01454-PHX

PRODUCTS INTERNATIONAL CO.
David A. Birdsell, Ch 11 Trustee
2320 W. Holly St., Phoenix, AZ 85009
JPMorgan
5830
1-2-210
DATE
AMOUNT
Nov 25, 2009
****************$1,326.48
PAY
One Thousand Three Hundred Twenty-Six and 48/100 Dollars
TO THE ORDER OF:
Teresa Garcia
3641 West Broadway
Phoenix, AZ 85041
AUTHORIZED SIGNATURE
⑈005830⑈ ⑆021000021⑆ 312220307666⑈

008390465980 NOV 30 #0000005830 $1,326.48

Pay any bank JPMorgan Chase Bank 909050507536

008390465980 NOV 30 #0000005830 $1,326.48

33531130010010013132



# Products International Company
## Account Reconciliation
## As of Nov 30, 2009
## 10040 - Wells Fargo - Electronic Trans
## Bank Statement Date: November 30, 2009

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 8,665.70 |
| Add: Cash Receipts | | | | 27,856.26 |
| Less: Cash Disbursements | | | | (24,013.71) |
| Add (Less) Other | | | | (1,748.12) |
| Ending GL Balance | | | | 10,760.13 |
| Ending Bank Balance | | | | |
| Add back deposits in transit | | | | |
| | Nov 30, 2009 | C1238 | 1,258.49 | |
| | Nov 30, 2009 | W11/30 | 275.76 | |
| Total deposits in transit | | | | 1,534.25 |
| (Less) outstanding checks | | | | |
| | Nov 12, 2009 | 32353 | (10,000.00) | |
| | Sep 29, 2009 | Direct Debit | (1,053.14) | |
| Total outstanding checks | | | | (11,053.14) |
| Add (Less) Other | | | | |
| | Nov 12, 2009 | TRUSTEE 11 | (495.00) | |
| | Nov 12, 2009 | TRUSTEE 11 | (505.00) | |
| | Nov 18, 2009 | TRUSTEE 11 | (33.83) | |
| | Nov 18, 2009 | TRUSTEE 11 | (160.85) | |
| | Nov 20, 2009 | TRUSTEE 11 | (52.44) | |
| | Nov 24, 2009 | TRUSTEE 11 | (401.00) | |
| | Nov 30, 2009 | TRUSTEE 11 | (100.00) | |
| Total other | | | | (1,748.12) |
| Unreconciled difference | | | | 22,027.14 |
| Ending GL Balance | | | | 10,760.13 |

PRODUCTS INTERNATIONAL COMPANY
DBA TABBAND

Electronic Debits/ Bank Debits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Nov 12 | 505.00 | Check Crd Purchase 11/10 Wristband Resources In 262-3731909 Wi 491986XXXXXX3206 315940009200779 ?MCC=5969 122105278DA01 |
| | Nov 12 | 495.00 | Check Crd Purchase 11/10 Wristband Resources In 262-3731909 Wi 491986XXXXXX3206 315940009200780 ?MCC=5969 122105278DA01 |
| | Nov 13 | 291.50 | 11/13Bankcard Deposit -0226295767 |
| | Nov 18 | 3,227.48 | IRS Usataxpymt 111809 270972200535373 Products International |
| | Nov 18 | 193.37 | AZ Dept Of Rev Ccddir.Dbt XXXXX1398 Products International |
| | Nov 18 | 160.85 | POS Purchase - 11/18 Mach ID 000000 Costco Whse #08Costco Whsphoenix AZ 3206 ?MCC=5300 122105278DA |
| | Nov 18 | 33.83 | POS Purchase - 11/18 Mach ID 000000 Phoenix Ranch Mphoenix Raphoenix AZ 3206 ?MCC=5411 122105278DA |
| | Nov 20 | 52.44 | Client Analysis Srvc Chrg 091119 Svc Chge 1009 000009686601775 |
| | Nov 23 | 35.21 | Southwest Gas App 091119 4211314152022 Products International |
| | Nov 24 | 401.00 | Check Crd Purchase 11/23 Wristband Resources In 262-3731909 Wi 491986XXXXXX3206 328940009400229 ?MCC=5969 122105278DA01 |
| | Nov 30 | 4,700.00 | IRS Usataxpymt 113009 270973400264797 Products International |
| | Nov 30 | 3,518.27 | IRS Usataxpymt 113009 270973400204461 Products International |
| | Nov 30 | 1,053.14 | Mass Mutual Prem Paymt Nov 09 6101009729089 0 Products Intl Co |
| | Nov 30 | 221.79 | AZ Dept Of Rev Ccddir.Dbt XXXXX1398 Products International |
| | Nov 30 | 100.00 | Endicia-USPS POS Online Pmt 091130 CKF295675660Neg Gonzalez Monica |
| | | 16,053.33 | Total Electronic Debits/ Bank Debits |

Continued on next page

Account Number: 9686601775
Statement End Date: 11/30/09

PRODUCTS INTERNATIONAL COMPANY
DBA TABBAND

Checks Paid

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 32353 | Nov 13 | 10,000.00 | | | |

10,000.00 Total Checks Paid

26,053.33 Total Debits

**Daily Ledger Balance Summary**

| Date | Balance | Date | Balance |
|---|---|---|---|
| Oct 31 | 8,221.55 | Nov 16 | 12,708.84 |
| Nov 02 | 16,507.33 | Nov 17 | 13,839.05 |
| Nov 03 | 18,854.83 | Nov 18 | 10,830.79 |
| Nov 04 | 19,321.58 | Nov 19 | 10,896.21 |
| Nov 05 | 19,531.72 | Nov 20 | 12,329.04 |
| Nov 06 | 19,410.74 | Nov 23 | 14,755.96 |
| Nov 09 | 20,982.95 | Nov 24 | 14,540.14 |
| Nov 10 | 21,589.70 | Nov 25 | 15,706.83 |
| Nov 12 | 21,425.20 | Nov 27 | 18,819.08 |
| Nov 13 | 11,133.70 | Nov 30 | 9,501.64 |

Average Daily Ledger Balance 15,719.61