# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

| | |
|---:|---|
| **Debtor:** | PRODUCTS INTERNATIONAL COMPANY |
| **Case Number:** | 2:08-bk-01454-SSC     **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JANUARY 14, 2010 10:00 AM    7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

### Matter:

CONTINUED 7016 CONFERENCE RE OBJECTION TO CLAIM 9 FILED BY TRUSTEE

**R / M #:** 169 / 0

### Appearances:

TERRY A. DAKE, ATTORNEY FOR DAVID A. BIRDSELL
PATRICK CLISHAM, ATTORNEY FOR AMPRO
CHRISTOPHER PAYNE, ATTORNEY FOR MICHAEL FERRING

### Proceedings:

Mr. Dake states that good progress has been made in the case and he expects to have a signed contract from a buyer by the end of the month. He states that there is no point in going forward with claim 9.

COURT: IT IS ORDERED CONTINUING THIS MATTER TO JULY 15, 2010 AT 10:00 A.M.

Page 1 of 1
Case 2:08-bk-01454-SSC    Doc 252    Filed 01/14/10    Entered 01/14/10 12:33:50    Desc
Main Document    Page 1 of 1
01/14/2010    12:33:04PM