IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: May 24, 2010

_____
SARAH S. CURLEY
U.S. Bankruptcy Judge
_____

*TERRY A. DAKE, LTD.*
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona  85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 11 Proceedings |
| PRODUCTS INTERNATIONAL COMPANY | Case No. 2:08-BK-01454-SSC |
| Debtor. | |

**ORDER**

This matter having come before the Court on May 13, 2010 at 1:30 p.m. for a hearing on the trustee's Motion To Approve Payment To AZDOR (Admin. Dkt. No. 279); and

It appearing that notice of the trustee's motion was duly given to creditors and parties in interest; and

There having been no objections to the trustee's motion timely filed and served; and

The Court having reviewed the motion and finding that the relief requested is a reasonable exercise of the trustee's business judgment and is otherwise reasonable and in the best interest of the estate; and

The Court being otherwise duly advised;

**IT IS ORDERED** that the Motion To Approve Payment To AZDOR shall be and the same is hereby approved.

**IT IS FURTHER ORDERED** that the trustee is authorized to pay $59,109.01 in full satisfaction of the priority tax claim of the Arizona Dept. Of Revenue ("AZDOR").

**DATED AND SIGNED ABOVE.**