<pre>
TERRY A. DAKE, LTD.
11811 North Tatum Boulevard        Dated: May 30, 2010
Suite 3031
Phoenix, Arizona  85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198          _____
tdake@cox.net                              SARAH S. CURLEY
                                         U.S. Bankruptcy Judge
Terry A. Dake - 009656

Attorney for Trustee
</pre>

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: ) | In Chapter 11 Proceedings |
| ) | |
| PRODUCTS INTERNATIONAL COMPANY) | Case No. 2:08-BK-01454-SSC |
| ) | |
| Debtor. ) | |

**ORDER**

This matter having come before the Court on May 26, 2010 at 11:00 a.m. for a hearing on the trustee's Motion To Approve Partial Payment To Business Broker (Admin. Dkt. No. 287); and

It appearing that notice of the trustee's motion was duly given to creditors and parties in interest; and

There having been no objections to the trustee's motion timely filed and served; and

The Court having reviewed the motion and finding that the relief requested is a reasonable exercise of the trustee's business judgment and is otherwise reasonable and in the best interest of the estate; and

The Court being otherwise duly advised;

**IT IS ORDERED** that the Motion To Approve Partial Payment To Business Broker shall be and the same is hereby approved.

**IT IS FURTHER ORDERED** that the trustee is authorized to pay $100,000.00 in partial payment of the commission due to Fox & Fin Financial Group, LC in connection with the sale of the debtor's assets.

**DATED AND SIGNED ABOVE.**