

*TERRY A. DAKE, LTD.*
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

Dated: June 23, 2010

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

_____

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | In Chapter 11 Proceedings |
| PRODUCTS INTERNATIONAL COMPANY | Case No. 2:08-BK-01454-SSC |
| Debtor. | |

**ORDER**

This matter having come before the Court on the trustee's Motion To Approve Payment To Business Broker And Payment Of Approved Fees And Costs And Notice Of Bar Date For Objections; and

It appearing that notice of the trustee's motion was duly given to creditors and parties in interest; and

There having been no objections to the trustee's motion timely filed and served; and

The Court having reviewed the motion and finding that the relief requested is a reasonable exercise of the trustee's business judgment and is otherwise reasonable and in the best interest of the estate; and

The Court being otherwise duly advised;

**IT IS ORDERED** that the Motion To Approve Payment To Business Broker And Payment Of Approved Fees And Costs And Notice Of Bar Date For Objections shall be and the same is hereby approved.

**IT IS FURTHER ORDERED** that the trustee is authorized to pay $40,508.58 in full satisfaction of the remaining commission due to Fox & Fin Financial Group, LC in connection with the sale of the debtor's assets.

**IT IS FURTHER ORDERED** that the trustee is authorized to pay $42,438.32 to Collins, May, Potenza, Baran & Gillespie, P.C. ("Collins") in full satisfaction of the fees and costs of Collins.

**DATED AND SIGNED ABOVE.**