IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: December 30, 2010

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

*TERRY A. DAKE, LTD.*
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona  85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| PRODUCTS INTERNATIONAL COMPANY | Case No. 2:08-BK-01454-SSC |
| Debtor. | |

**ORDER SUSTAINING OBJECTION TO CLAIM NO. 11**

This matter having come before the Court on the trustee's Objection To Claim And Notice Of Bar Date (Admin. Dkt. No. 343); and

It appearing that notice of the trustee's objection was duly given as appears from the certificate of mailing attached to the objection on file with the Court; and

There having been no response to the trustee's objection timely filed and served; and

The Court having reviewed the objection and finding that the relief requested is appropriate; and

The Court being otherwise duly advised;

**IT IS ORDERED** that the trustee's Objection To Claim No. 11 is sustained.

**IT IS FURTHER ORDERED** that Claim No. 11 filed by Young Electric Sign is disallowed and shall receive no distribution from this estate.

**DATED AND SIGNED ABOVE.**