IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: December 30, 2010



_____
SARAH S. CURLEY
U.S. Bankruptcy Judge

_____

*TERRY A. DAKE, LTD.*
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:  )  In Chapter 7 Proceedings
        )
PRODUCTS INTERNATIONAL COMPANY)  Case No. 2:08-BK-01454-SSC
        )
        Debtor.  )
_____)

**ORDER SUSTAINING OBJECTION TO CLAIM NO. 4**

This matter having come before the Court on the trustee's Objection To Claim And Notice Of Bar Date (Admin. Dkt. No. 342); and

It appearing that notice of the trustee's objection was duly given as appears from the certificate of mailing attached to the objection on file with the Court; and

There having been no response to the trustee's objection timely filed and served; and

The Court having reviewed the objection and finding that the relief requested is appropriate; and

The Court being otherwise duly advised;

**IT IS ORDERED** that the trustee's Objection To Claim No. 4 is sustained.

1  **IT IS FURTHER ORDERED** that Claim No. 4 filed by the Arizona
 2  Department Or Revenue is allowed only as a general unsecured claim in
 3  the amount of $6,497.06.  The priority claim that is asserted in Claim
 4  No. 4 is disallowed.
 5                       **DATED AND SIGNED ABOVE.**

2

Case 2:08-bk-01454-SSC   Doc 359   Filed 12/30/10   Entered 01/03/11 07:39:46   Desc
               Main Document     Page 2 of 2